STATE OF NEW JERSEY v. DARRYL BROWER.

October 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. LEON W. RICHARDSON.

September 30, 1975. Motion for reconsideration of the denial of certification is granted, and petition for certification heretofore filed is granted.

THOMAS S. HIGGINS, *ET AL* v. THE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS OF THE SUPREME COURT OF NEW JERSEY, *ET AL.*

October 7, 1975. Certification to Superior Court, Chancery Division is granted.

CARMEL MORAN v. LOUIS NAPOLITANO.

October 14, 1975. Motion for leave to appeal is granted.

JANE DOE v. BRIDGETON HOSPITAL ASSOCIATION, INC.

October 16, 1975. Certification to Superior Court, Law Division is granted. (See 130 *N. J. Super.* 416)